**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Case No. 3:15-mj-00677-BN |
| | § |
| JENNIFER LYNN DOUGHERTY (1) | § |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The Court, having considered the Financial Affidavit of the Defendant, the court finds that the Defendant is financially unable to obtain counsel, and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED this 18th day of September, 2015.

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE