IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| JENNIFER LYNN DOUGHERTY | 3-15-MJ-677-BN |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 18 2015

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Brandon Leal, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

   __X__   Crime of violence (18 U.S.C. § 3156)

   _____   Maximum sentence life imprisonment or death

   _____   10 + year drug offense

   _____   Felony, with two prior convictions in above categories

   __X__   Serious risk defendant will flee

   _____   Serious risk obstruction of justice

   __X__   Felony involving a minor victim

   _____   Felony involving a firearm, destructive device, or any other dangerous weapon

Motion for Detention - Page 1

\_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

　　<u>X</u>　Defendant's appearance as required

　　<u>X</u>　Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

\_\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§ 924(c)

\_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

<u>X</u> Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251, 2252, 2252A, 2423

\_\_\_\_\_ Previous conviction for "eligible" offense committed while on bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

　　<u>X</u>　At first appearance

\_\_\_\_\_ After continuance of **3** days (not more than 3).

DATED this 18th day of September, 2015.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:  214-659-8600
Fax: 214-659-8809
E-Mail: Camille.Sparks@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on **September 18, 2015,** I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas.  I do not know the attorney who will represent the defendant; however, I hereby certify that I will hand-deliver a copy of the foregoing document to the attorney or the defendant at the first available opportunity to do so.

*Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney