IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | No. 3:15-mj-677-BN |
| JENNIFER LYNN DOUGHERTY, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO INDICT**

In an unopposed motion, the government and Defendant Jennifer Lynn Dougherty jointly request an extension of the time in which an indictment must be filed in this case. *See* Dkt. No. 11.

The Court finds, for the reasons explained in the unopposed motion, that the parties' joint request is well taken, that granting this continuance would be in the interest of judicial economy, and that the ends of justice served by allowing this continuance outweigh the best interest of the public and Defendant in a speedy trial.

The government filed a criminal complaint against the defendant on September 18, 2015, alleging a violation of 18 U.S.C. § 2423(a). *See* Dkt. No. 1. On September 18, 2015, Defendant was seen for her initial appearance before the undersigned United States magistrate judge in this Court. *See* Dkt. No. 3. Defendant was thereafter ordered detained. *See* Dkt. Nos. 7, 9, & 10.

The parties now request that the Court continue presentation of Defendant's case to the grand jury for an addtional 30 days. *See* Dkt. No. 11 at 2.

The Court finds that the parties have credibly represented that, with additional

time in which to gather information about Defendant and the circumstances surrounding the events leading to the pending case, a plea agreement may be reached, thus negating the need for an indictment and preventing prevent the members of the grand jury from having to consider the sexually explicit facts of this case; that a failure to grant the requested continuance would deny the parties the time necessary for effective preparation, taking into account the exercise of due diligence; and that return of the indictment by the current deadline could result in a miscarriage of justice.

The Court therefore finds that the granting of this continuance would be in the interest of judicial economy and that the ends of justice served by allowing this continuance outweigh the best interest of the public and Defendant in a speedy trial, consistent with the factors for the Court's consideration set forth in 18 U.S.C. § 3161(h)(7).

Accordingly, the Court GRANTS the Unopposed Motion to Extend Time to Indict [Dkt. No. 11] and ORDERS that the time in which an indictment must be filed is continued for an additional 30 days, until on or about November 18, 2015.

SO ORDERED.

DATED: October 13, 2015

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE